## 371

**No. 39186.**—Protest 839726–G/86281 of Grant Art Galleries (Chicago).

Opinion by CLINE, J. The only disputed question of fact is whether the articles of furniture in question, consisting of tables and figures, were produced prior to the year 1830. Two witnesses expressed directly opposite opinions as to the age of the articles. It was found that the weight of the evidence supports the claim made for free entry under paragraph 1811 and the protest was sustained. *United States* v. *Ackermann* (21 C. C. P. A. 329, T. D. 46852) distinguished.

**No. 39187.**—Protest 787914–G of Penn Maryland Corp. (Seattle).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence to support the claims made. On the record presented the protest was overruled.

**No. 39188.**—Protest 748247–G of Ying Chong Sing Co. (Los Angeles).

Opinion by EVANS, J. It was held that the broken content of the milled rice in question is dutiable at five-eighths of 1 cent per pound under paragraph 727.

**No. 39189.**—Protests 761050–G/82586, etc., of Corydon & Ohlrich, Inc. (Chicago).

Opinion by EVANS, J. On the authority of *Hotel Waldorf Astoria Corp.* v. *United States* (26 C. C. P. A. 88, T. D. 49627) bottles containing whisky subject to a specific duty of $5 per proof gallon were held properly assessed under the provisions of paragraphs 217 and 810, Tariff Act of 1930, rather than free of duty as usual containers of specific duty merchandise, because not reusable as containers.

**No. 39190.**—Protest 748304–G of A. J. Flick (Los Angeles).

Opinion by EVANS, J. On the record presented the claim for free entry under paragraph 1722 was sustained.

**No. 39191.**—Protest 772243–G/83179 of Thomson Taylor & Co. (Chicago).

Opinion by EVANS, J. On the record presented the laurel leaves in question were held free of duty under paragraph 1722 as claimed.